UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE TORO, et al.,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>GMT GAMES, LLC,<br><br>                    Defendant. | Case No. 1:22-cv-06011 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    On November 28, 2022, Plaintiff filed her First Amended Complaint in this action. ECF No. 17. In turn, the Court dismissed Defendant's motion to dismiss the original complaint. ECF No. 18. Service of the First Amended Complaint was effective on November 28, 2022 because Defendant had already appeared and because Defendant's counsel is registered using the Court's electronic filing systems. *See* Fed. R. Civ. P. 5 (b)(1), (b)(2)(E) ("A paper is served under this rule by . . . sending it to a registered user by filing it with the court's electronic-filing system . . ."); *Masterson v. NY Fusion Merch., LLC*, 300 F.R.D. 201, 205 (S.D.N.Y. 2014) ("In cases assigned to the ECF system, service is complete when a NEF is transmitted to all parties."). Nevertheless, to date, Defendant has not responded to the First Amended Complaint.

    Accordingly, IT IS HEREBY ORDERED Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **March 3, 2023.** Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: February 15, 2023                                                      SO ORDERED.
       New York, New York

                                                                               *Jennifer Rochon*
                                                                    JENNIFER L. ROCHON
                                                                    United States District Judge