```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JASMINE TORO,                                  :
                                               :
                        Plaintiff,             :        **ORDER**
                                               :
            -v-                                :
                                               :        22-CV-6011 (JLR) (JLC)
                                               :
GMT GAMES, LLC,                                :
                                               :
                        Defendant.             :
----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Pursuant to Rule 16(f)(1)(C) of the Federal Rules of Civil Procedure, and

consistent with the Court's text order dated April 23, 2023 (Dkt. No. 26), the firm of

Stein & Nieporent LLP ("the firm") is hereby sanctioned $250 (two hundred and

fifty dollars) for failing three times in three different cases to comply with the

Court's settlement scheduling orders.  The firm is hereby directed to pay this

sanction by sending a check payable to the Clerk of Court, 500 Pearl Street, New

York, New York 10007 within 30 days of the date of this Order, and by filing a letter

on the docket indicating that the payment has been sent.

      **SO ORDERED.**

Dated: April 25, 2023
     New York, New York

_____
JAMES L. COTT
United States Magistrate Judge